AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Percentage of 0.08% or More (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Class B Misdemeanor
Maximum Prison Term: 6 months
Maximum Fine: $5,000
Mandatory Special Assessment: $10

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAR 11 A 9:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S
▶ ANTHONY OLDS ZANZE

DISTRICT COURT NUMBER
CR 11 0127 MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  Melinda Haag
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Acadia L. Senese

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2011 MAR 11  A 9 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0127

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY OLDS ZANZE,<br><br>　　　　Defendant. | No.<br><br>VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle with a Blood or Breath Alcohol Content of 0.08% or greater (Class B Misdemeanor)<br><br>SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney charges:

COUNT ONE:  36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol

On or about January 15, 2011, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

ANTHONY OLDS ZANZE,

was operating and in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

//

INFORMATION

COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle with a Blood and Breath Alcohol Content of 0.08% or Greater

On or about January 15, 2011, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

ANTHONY OLDS ZANZE,

was operating and in actual physical control of a motor vehicle while having 0.08 percent or more of alcohol in his blood and breath, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

DATED: 3/7/11

MELINDA HAAG
United States Attorney

ROBERT DAVID REES
Deputy Chief, Strike Force and Violent Crimes

(Approved as to form: 
ACADIA L. SENESE
Special Assistant United States Attorney

INFORMATION